MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN (111070)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
        - and -
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

FARUQI & FARUQI, LLP
NADEEM FARUQI
320 East 39th Street
New York, NY  10016
Telephone:  212/983-9330
212/983-9331 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRAZIN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOLUTIA, INC., JOHN C. HUNTER III and ROBERT A. CLAUSEN, <br><br> Defendants. | No. <br><br> <u>CLASS ACTION</u> <br><br> COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS <br><br><br><br> <u>DEMAND FOR JURY TRIAL</u> |

**INTRODUCTION**

1.     This is an action on behalf of purchasers of Solutia, Inc. ("Solutia" or the "Company") publicly traded securities, seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act") during the period from December 16, 1998 to October 10, 2002 (the "Class Period").  Solutia manufactures and markets a wide variety of high performance chemical-based materials.

2.     Solutia maintained a 50% interest in Flexsys, N.V. (a supplier of process chemicals to the rubber industry) for which Solutia used the equity method of accounting.  By engaging in illegal acts, as described below, defendants were able to recognize equity interest and control over Flexsys.  Solutia's equity earnings from Flexsys were as follows:  $11 million in 2002, $12 million in 2001 and $12 million in 2000.  Flexsys and Solutia are collectively referred to hereinafter as "Solutia." During the Class Period, defendants caused Solutia's shares to trade at artificially inflated levels through the issuance of false and misleading financial statements via their control over Flexsys by:

(a)     agreeing to charge prices at certain levels and otherwise to fix, increase, maintain or stabilize prices of rubber chemicals sold in the United States;

(b)     selling rubber chemicals at the agreed upon prices; and

(c)     inflating their profits via the above acts.

**JURISDICTION AND VENUE**

3.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

4.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and §27 of the Exchange Act (15 U.S.C. §78aa).

5.     Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b).  Many of the acts charged herein, including the Department of Justice investigation of Flexsys, occurred and/or are occurring in substantial part in this District and Solutia conducts business in this District.

6.    In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the national securities markets.

**THE PARTIES**

7.    Plaintiff Richard Brazin purchased Solutia publicly traded securities as detailed in the attached Certification and was damaged thereby.

8.    Defendant Solutia manufactures and markets a wide variety of high performance chemical-based materials.  Solutia maintained a 50% ownership interest in Flexsys wherein it recognized tens of millions of dollars in net income through its equity ownership and management control.

9.    Defendant John C. Hunter III is the Chairman, President and CEO of the Company.

10.    Defendant Robert A. Clausen is the CFO and a director of the Company.  Clausen signed the Company's 10-Qs incorporating its false financial statements.

11.    Defendants Hunter and Clausen are the "Individual Defendants."  They are liable for the false statements pleaded in ¶¶25-45, as those statements were "group-published" information.

**BACKGROUND**

12.    The rubber chemicals market is dominated by three suppliers – Flexsys, Bayer/Rhein Chemie and Crompton/Uniroyal.  Together, these three suppliers control 80% of the rubber chemicals market. Rubber chemicals are used to process rubber into marketable substances.  Rubber chemicals are involved in the "cooking" of natural rubber, known as vulcanizing.  Rubber chemicals are used to aid in the process of vulcanizing and to add a quality to the rubber itself.

13.    Chemicals that are used to process rubber are classified into three categories: accelerators, antidegradants, and miscellaneous chemicals.  Accelerators are chemicals that accelerate the process of "vulcanization."  They are used in production for curing natural and synthetic rubber and also give many physical properties to rubber.  This segment includes accelerators, secondary accelerators, retardants, activators and vulcanizing agents.  Accelerator chemical families include sulfonamide, other thiazoles, dithiocarbamates, thiurams, xanthate and

sulfides, aldehyde amines and guanidines.  The accelerators group represent about 39% of the world market of all rubber chemicals.

14.     Antidegradants are chemicals used in production that protect against deterioration from wear, atmospheric elements (ultraviolet radiation, oxygen, cold) and chemical change over time.  Antioxidants, antiozonants and waxes are subcategories.  Antioxidants add qualities to the rubber, such as flexibility.  Antidegradants represent about 48% of the world market of all rubber chemicals.

15.     Several categories make up the segment of miscellaneous rubber chemicals, including blowing agents, retarders, polermerization regulators, shortstops, peptizing agents (disulfides and hydrocarbon mixtures) and vulcanizing agents (metal/organic oxides).  The miscellaneous category represents about 13% of the world market of all rubber chemicals.

16.     Tires and tire producers are the largest consumers of rubber chemicals.  Rubber chemicals are also used to manufacture outdoor furniture, hoses, seals and belting, weatherseal, sponges, pipe, insulation, wire insulation and jacketing, shoe soles, pharmaceutical stoppers, sporting goods, healthcare products and numerous other molded and extruded rubber goods.

**THE RUBBER CHEMICALS CARTEL INVESTIGATION**

17.     On or about October 10, 2002, Solutia announced that Flexsys was being investigated by the United States Department of Justice ("DOJ") and European Union authorities for price fixing and other collusive dealings in the U.S. and European rubber chemicals industry.  The DOJ investigation is based in San Francisco, California.  Grand Jury subpoenas have been issued in connection with the DOJ investigation.  The European Commission antitrust regulators announced that the purpose of inspections was to investigate a cartel agreement and related illegal practices concerning price fixing of rubber chemicals.

**ILLEGAL ANTITRUST ACTIVITIES**

18.     Beginning at least as early as 1995, and continuing until at least October 10, 2002, the defendants engaged in a continuing agreement, understanding and conspiracy in restraint of trade to artificially raise, fix, maintain or stabilize prices for rubber chemicals in the United States in violation of §1 of the Sherman Act, 15 U.S.C. §1.

1     19.    The defendants sought to and did fix, raise and maintain, or stabilize prices for rubber

2  chemicals in the United States.

3     20.    In formulating and effectuating the aforesaid contract, combination or conspiracy,

4  defendants did those things that they combined and conspired to do, including, among other things:

5     (a)    agreeing to charge prices at certain levels and otherwise to fix, increase,

6  maintain or stabilize prices of rubber chemicals sold in the United States;

7     (b)    selling rubber chemicals at the agreed upon prices; and

8     (c)    inflating their profits via the above acts.

9     21.    The activities described above have been engaged in by defendants for the purpose

10  of effectuating the unlawful arrangements to fix, maintain, raise and/or stabilize prices of rubber

11  chemicals.

12     22.    Throughout the Class Period, defendants affirmatively and fraudulently concealed

13  their unlawful conduct from plaintiff and the Class, thereby inflating the Company's shares **and**

14  allowing the Company to complete a $200 million Note offering just months before defendants'

15  activities would be revealed.

16     23.    Only on or about October 10, 2002, when Solutia announced that antitrust

17  investigators were probing allegations of price-fixing in rubber chemicals, was the existence of the

18  conspiracy disclosed to the public.

19     24.    Defendants engaged in a successful, illegal price-fixing conspiracy with respect to

20  rubber chemicals, which they affirmatively concealed, in at least the following respects:

21     (a)    By meeting secretly to discuss the prices of rubber chemicals sold in the U.S.

22  and elsewhere;

23     (b)    By agreeing among themselves at meetings and in communications not to

24  discuss publicly, or otherwise reveal, the nature and substance of the acts and communications in

25  furtherance of their illegal scheme; and

26     (c)    By giving false and pretextual reasons for the pricing of rubber chemicals sold

27  by them during the Class Period and by describing such pricing falsely as being the result of

28  competitive factors rather than collusion.

**FALSE AND MISLEADING STATEMENTS
DURING THE CLASS PERIOD**

25.   On December 16, 1998, the Company issued a press release entitled "Solutia Confident of Meeting 1998 Earnings Consensus."  The press release stated in part:

> Robert G. Potter, Chairman and CEO of Solutia, Inc. today commented that he is surprised by the volatility surrounding Solutia's stock.  "We know of no reason for such volatility unless it is related to the recent announcement by Eastman Chemicals and a few others regarding their weakened earnings forecast."  Potter again commented that Solutia remains very confident that it will meet the Street's consensus for Solutia's fourth quarter 1998 income and for the total year 1998, which is $2.00 per share.  "The main reason that we are different is that we have a number of initiatives that are significant drivers of our earnings which are under our control."
>
> Potter further commented that Solutia remains confident that they will meet or exceed the Street's current consensus for 1999 earnings of $2.16 per share and that Solutia management continues to be committed to our 10 percent compounded earnings per share growth target.

26.   On January 29, 1999, the Company issued a press release entitled "Solutia Reports Fourth Quarter Earnings."  The press release stated in part:

> Solutia, Inc. reported 1998 fourth quarter net income of $55 million, or 46 cents per share, on net sales of $667 million.  For all of 1998, Solutia reported income of $249 million, or $2.03 per share, on net sales of $2.84 billion.
>
> Net income for the fourth quarter of 1997, excluding the $46 million after-tax environmental charge, was $55 million, or 43 cents per share, on net sales of $731 million.  For all of 1997, Solutia reported pro forma net income, excluding the $46 million after environmental charge and reflecting the pro forma effect of the spin-off from Monsanto Company, of $203 million, or $1.64 per share, on net sales of $2.96 billion.

27.   On April 30, 1999, the Company issued a press release entitled "Solutia Reports First Quarter Earnings."  The press release stated in part:

> Solutia Inc. reported 1999 first quarter net income, excluding special charges of $40 million after tax of $63 million, or 54 cents per share, on net sales of $652 million.  Net income for the first quarter of 1998 was $64 million, or 51 cents per share, on net sales of $720 million.
>
> "We are pleased that earnings per share, excluding special charges, exceeded the first quarter of last year," said John C. Hunter III, chief executive officer.  "We expect that a combination of key growth platforms materializing, plus increasing volumes and some increasing selling prices, will return Solutia to positive revenue growth within the next several quarters.  Meanwhile, we will continue to rely on the benefits of cost reductions in marketing, administrative and technological expenses, improvements in our joint venture operations, lower interest expense, and reduced share count to fuel earnings per share growth."

28.     On July 16, 1999, the Company issued a press release entitled "Solutia, Inc. Expresses Comfort With Consensus Estimate of Earnings for Second Quarter 1999."  The press release stated in part:

> In response to inquiries today prompted by competitive company announcements about the current state of business and the industries served, Solutia Inc. announced that it continues to be comfortable with the current consensus estimate of earnings for the second quarter of 1999.  Management expects second quarter earnings to be an improvement over the first quarter of 1999.

29.     On October 29, 1999, the Company issued a press release entitled "Solutia Reports Third Quarter Earnings."  The press release stated in part:

> 1999 Third Quarter Highlights
> EPS Grew to 53 Cents Versus 47 Cents a Year Ago, Meeting Analysts' Expectations
> Revenue Increased to $731 Million Versus $703 Million a Year Ago
> Free Cash Flow Reached $54 Million
> SOI Repurchased 0.9 Million Shares

> ... Solutia, Inc. reported 1999 third quarter net income of $61 million, or 53 cents per share, on net sales of $731 million.  Net income for the third quarter of 1998 was $58 million, or 47 cents per share, on net sales of $703 million.

> "Our initial focus after spinoff was on cost reduction.  About a year later we began our revenue growth programs.  While we continue to see the benefits of our Phase I cost reduction program, and Phase II cost reduction benefits will begin in late 2000, we are now also starting to see the benefits of revenue growth programs," said John C. Hunter III, president and chief executive officer.

> Solutia also reported 1999 third quarter free cash flow of $54 million.  "We are pleased that our cash from operations remains strong enough to generate healthy free cash flow even while funding our Phase II capital programs," explained Robert A. Clausen, chief financial officer.  "We plan to continue to invest our free cash flow wisely in share repurchases and complementary acquisitions."

30.     On January 19, 2000, the Company issued a press release entitled "Solutia Changes Financial Reporting Segments."  The press release stated in part:

> Solutia Inc. is changing its financial reporting segments to align with the company's management structure and growth strategy, and to help investors better understand Solutia.

> The new segments, and their components, are:

> •     Performance Films: Saflex plastic interlayer, the world leader for laminated glass for automotive and architectural applications, including KeepSafe and Saflex Inside residential window glass and KeepSafe Maximum glass for hurricane windows; CPFilms, the world leader for high-performance aftermarket window films for solar control and safety; as well as polymer modifiers and Gelva adhesives.

•     Specialty Products: Resins and Additives, including liquid and powder resins with low emissions of volatile organic compounds; as well as Specialties, including Skydrol hydraulic fluid, SkyKleen aviation solvents, Therminol heat transfer fluids; Dequest water treatment chemicals; AstroTurf doormats and Clear Pass vehicle spray suppression flaps; and phosphorus and derivatives.

•     Integrated Nylon: Nylon intermediates, carpet fibers including fibers for Wear-Dated carpet, industrial nylon fibers, nylon plastics and polymers, including Vydyne and Ascend, and Acrilan acrylic fibers. Solutia continues to operate these businesses as an integrated unit to deliver maximum value.

"We are committed to a strategy that will grow Solutia to $5 billion in revenue within the next three to four years," said John Hunter, chairman and chief executive officer.

"The majority of this growth will come from our current portfolio. We intend to double the sales in our Performance Films franchise, double the sales in our Resins and Additives business, and double the sales of our Ascend and Vydyne nylon polymers," he said.

31.    On January 28, 2000, the Company issued a press release entitled "Solutia Reports Fourth Quarter Earnings." The press release stated in part:

1999 Fourth Quarter Highlights

•     EPS of 46 cents versus 46 cents a year ago
•     Total revenue increased 10 percent to $736 million
•     Excluding acquisitions, sales volumes increased 10 percent
•     Free cash flow reached $29 million
•     SOI repurchased 300,000 shares

... Solutia Inc. reported 1999 fourth quarter net income of $51 million, or 46 cents per share, on net sales of $736 million. Net income for the fourth quarter of 1998 was $55 million, or 46 cents per share, on net sales of $667 million.

"We are pleased that we have been able to maintain solid earnings despite continuing pressure on margins from higher raw material prices," said John Hunter, chairman and chief executive officer.

"We have announced price increases across our portfolio to ultimately restore margins," he said. "Successful implementation of price increases is critical for near-term growth in earnings."

32.    On April 28, 2000, the Company issued a press release entitled "Solutia Reports First Quarter Earnings." The press release stated in part:

Solutia Inc. reported first quarter 2000 net income of $51 million, or 46 cents per share, on net sales of $846 million. Net income for the first quarter of 1999, excluding special charges of $40 million aftertax, was $63 million, or 54 cents per share, on net sales of $652 million. Net income for the first quarter of 1999, including the special charges, was $23 million, or 20 cents per share.

"As expected, the rapid escalation of petrochemical raw material costs had a significant adverse effect on the profitability of our Integrated Nylon segment during the quarter," said John Hunter, chairman and chief executive officer.

"As uncertainty continues in petrochemical markets, successful implementation of price increases remains critical to restore margins," Hunter said.

33.    On July 28, 2000, the Company issued a press release entitled "Solutia Reports Second Quarter Earnings."  The press release stated in part:

2000 Second Quarter Highlights

• Total revenue of $834 million, 17 percent increase versus second quarter 1999

• EPS of 32 cents versus 61 cents, excluding second quarter 2000 special charges

• Solutia repurchased 2.5 million shares

... Solutia Inc. reported second quarter 2000 net income of $35 million, or 32 cents per share, on net sales of $834 million, excluding previously announced special items that resulted in a net charge of $31 million aftertax.  This compares to net income for the second quarter of 1999 of $71 million, or 61 cents per share, on net sales of $711 million.  Net income for the second quarter of 2000, including the special items, was $4 million, or 4 cents per share.

"Solutia continues to achieve strong volumes and revenue growth.  However, our second quarter results illustrate the negative impact of rapidly rising raw material costs and the lower value of the euro compared to the U.S. dollar.  The margin squeeze we are currently experiencing is extraordinary," said John Hunter, chairman and chief executive officer.

"Management remains firmly committed to increasing shareholder value as demonstrated by increased share repurchase activity in the second quarter.  In the near term, we also continue to aggressively pursue price increases and manage costs to restore margins.  Over the longer term, our growth strategy will build a stronger portfolio that is more profitable and less vulnerable to commodity raw material costs," he said.

34.    On September 14, 2000, the Company issued a press release entitled "Solutia Revises Outlook for 2000 Earnings."  The press release stated in part:

Solutia Inc. today reduced its earnings outlook for 2000, based on its current view of crude oil pricing, natural gas futures markets and currency exchange rates as well as some slowing of volume growth.

The company now expects earnings for the full year to fall about 15 percent below the current consensus estimate of $1.48 per share, roughly impacting the third and fourth quarters equally.  (This estimate excludes a third-quarter gain of approximately $45 million on the sale of the Polymer Modifiers business as well as a previously announced special charge of $31 million in the second quarter, both

aftertax.) Higher raw material and energy costs account for approximately half of the shortfall, while the weaker euro and economic softening account for the remainder.

Since July, the company has experienced sharply elevated raw material and energy costs, which do not show any signs of subsiding during the remainder of the year. Oil costs, which were forecasted to decline, have increased some 15 percent since the second quarter. Natural gas costs have unexpectedly escalated more than 40 percent since that time. Natural gas is used both for energy and as a raw material for chemical production.

35.    On October 27, 2000, the Company issued a press release entitled "Solutia Reports Third Quarter Earnings." The press release stated in part:

Solutia Inc. reported third quarter 2000 net income of $25 million, or 24 cents per share, on net sales of $774 million, excluding a $46 million net aftertax gain associated with the sale of its Polymer Modifiers business and a $7 million income tax gain due to changes in German tax rates. This compares with net income for the third quarter of 1999 of $61 million, or 53 cents per share, on net sales of $731 million.

"As was noted in our September 14, 2000 revised outlook statement, Solutia continues to be negatively impacted by much higher material and energy costs, and the lower value of the euro compared to the U.S. dollar," said John Hunter, chairman and chief executive officer. "In addition, some of our businesses are beginning to experience softer demand," he said.

"Management remains committed to aggressively responding to the exceptional margin squeeze that is being felt by Solutia's businesses, as well as many of its peers in the chemical industry. Our businesses will continue to pursue price increases aimed at restoring margins, and will step up efforts to prudently manage our costs," he said.

36.    On January 26, 2001, the Company issued a press release entitled "Solutia Reports Fourth Quarter Earnings." The press release stated in part:

Solutia Inc. reported fourth quarter 2000 net income of $12 million, or 12 cents per share, on net sales of $731 million, excluding a $96 million after tax charge associated with the company's cost reduction plans and certain non-performing and non-strategic asset write-downs. This compares with net income for the fourth quarter of 1999 of $51 million, or 46 cents per share, on net sales of $736 million.

"Solutia continues to be negatively impacted by significantly higher material and energy costs, the strong valuation of the U.S. dollar against the euro and some softening of orders in response to the slowing economy," said John Hunter, chairman and chief executive officer.

"Solutia's businesses have weathered a very challenging year by pursuing price increases aimed at restoring margins, and by stepping up efforts to aggressively manage our costs. With our announced cost reduction initiatives that are expected to achieve $100 million in annual savings, we believe that we can accelerate critical decision-making within the businesses, and create clear accountability for delivering on strategies to drive strong cash flow and enhance earnings growth," he said.

37.     On April 27, 2001, the Company issued a press release entitled "Solutia Reports First Quarter Earnings of 21 Cents Per Share."  The press release stated in part:

2001 First Quarter Summary

•        Excluding the divestment of the Polymer Modifiers and Phosphorus businesses, total revenue of $747 million equals first quarter 2000

•        Earnings per share of 21 cents for the quarter

•        Earnings include a $17 million, or 16 cents per share, gain from an insurance settlement and a $4 million, or 4 cents per share, loss from a temporary power outage at an Integrated Nylon facility

*   *   *

Solutia Inc. reported first quarter 2001 net income of $22 million or 21 cents per share, on net sales of $747 million.  Net income includes a $17 million gain, or 16 cents per share, from an insurance settlement related to an explosion and fire at a Wiesbaden, Germany facility in October of 2000 and a $4 million, or 4 cents per share, loss resulting from a temporary shutdown of the Chocolate Bayou intermediates facility in February caused by a power outage.  This compares with net income for the first quarter of 2000 of $51 million, or 46 cents per share, on net sales of $846 million.

"Higher raw material and energy costs, specifically propylene and natural gas, a weaker euro and the slowing global economy continue to negatively impact Solutia's earnings," said John Hunter, chairman and chief executive officer.

"We are implementing price increases where competition allows, aggressively managing capital programs to focus on critical growth opportunities and actively working our $100 million cost reduction initiative which promises to begin delivering savings in the second half of 2001," he said.

38.     On July 26, 2001, the Company issued a press release entitled "Solutia Reports Second Quarter Earnings of 12 Cents Per Share."  The press release stated in part:

Second Quarter Highlights

•        Solutia delivered earnings of 12 cents per share

•        The benefits of improving raw material and energy costs were more than offset by weak demand in the U.S. and in Europe and the strong U.S. dollar

•        Progress on Performance Films and Specialty Products growth initiatives continues

•        Cost reduction programs remain on target

*   *   *

Solutia Inc. reported second quarter 2001 net income of $13 million or 12 cents per share, on net sales of $737 million. Net income for the second quarter of 2000 was

$4 million, or 4 cents per share on sales of $834 million. Net income for the second quarter of 2000, excluding net charges of $31 million, was $35 million, or 32 cents per share.

During the second quarter of 2001, relief in raw material and energy costs was more than offset by continued slowing demand in global marketplaces. Also, the strength of the U.S. dollar continues to pinch reported profits. "During these difficult global economic times, Solutia remains focused on its portfolio strategy. We are expanding markets in our Performance Films franchise, and we are increasing the demand for our products and services in the Resins and Additives and Pharmaceutical Services businesses. While we continue to fund our growth opportunities, we remain cognizant of the weakness in the marketplaces in which we operate. We are committed to prudently managing our spending, aggressively cutting our costs and returning our businesses to acceptable levels of profitability," said John Hunter, chairman and chief executive officer.

39.    On October 2 , 2001, the Company issued a press release entitled "Solutia Updates Third and Fourth Quarter Earnings Outlook."  The press release stated in part:

Solutia Inc. announced today that third quarter earnings would be $.06 to $.09 per share.  The reduction in earnings from previous guidance is a direct result of slowing global demand following the horrific events of September 11th.

John Hunter, Solutia's Chairman and Chief Executive Officer noted, "The tragic events of September 11th have aggravated the challenging economic environment, particularly for our industry and the markets we serve.  The challenges facing our industry may continue for a protracted period of time."

He said, "Solutia has responded to the weakened economic situation by constricting capital spending in 2001 to levels that are marginally less than $100M, and will adjust capital spending in 2002 to be in line with economic realities. Spending on Solutia's growth programs will be more tightly focused on those opportunities that deliver immediate benefits to our shareholders. And lastly, Solutia will finalize its cost reduction initiatives that were put in place in early 2001, and we will be taking additional actions necessary to further reduce costs."

Mr. Hunter added, "It is clear that the economic recovery will be delayed and the recessionary-like demand present in many industries will remain longer than originally anticipated."

40.    On October 25, 2001, the Company issued a press release entitled "Solutia Reports Third Earnings of 7 Cents Per Share."  The press release stated in part:

Third Quarter Highlights

•    Solutia delivered 7 cents earnings per share

•    Recession-like demand in many of Solutia's global markets has more than offset the benefits of improving raw material and energy costs and Solutia's $100 million cost reduction program

•    Progress on Performance Films and Specialty Products growth initiatives continues despite weak global economic conditions

* * *

Solutia Inc. reported third quarter 2001 net income of $7 million, or 7 cents per share, on net sales of $690 million. Net income for the third quarter of 2000, excluding net aftertax gains of $53 million, or 50 cents per share, was $25 million, or 24 cents per share on sales of $774 million.

Declining raw material and energy costs along with excellent progress on Solutia's $100 million cost savings program have brought some relief to earnings, but these benefits have been more than offset by ongoing weakness in demand throughout global marketplaces. In addition, a stronger U.S. dollar and unfavorable manufacturing volume variances continue to impact the profitability of our businesses.

"While we are operating in very uncertain times, we remain committed to prudently managing our costs and positioning our businesses to take advantage of a future global economic recovery. Solutia has tightly focused its growth and capital spending on those opportunities that can deliver the most immediate return to our shareholders," said John Hunter, chairman and chief executive officer.

41.    On January 24, 2002, the Company issued a press release entitled "Solutia Reports Fourth Quarter Loss of $.05 Per Share, Excluding Previously Announced Charges."   The press release stated in part:

Solutia, Inc. reported a fourth quarter 2001 net loss of $5 million, or 5 cents per share, on net sales of $643 million, excluding previously announced charges of $96 million, or 92 cents per share, taken during the fourth quarter of 2001.   The charges cover Solutia's share of restructuring costs at its Astaris and Flexsys joint ventures, increases to environmental and self-insurance reserves, additional severance costs and the write-down of certain non-performing assets.  Net income for the fourth quarter of 2000 was $12 million, or 12 cents per share, on sales of $731 million, excluding $96 million, or 93 cents per share, of after-tax charges associated with the $100 million cost reduction initiative and the write-down of certain non-performing, non-strategic assets.  Including previously announced charges, Solutia reported a net loss for the fourth quarter 2001 of $101 million, or 97 cents a share, compared to a net loss of $84 million, or 81 cents per share, for the fourth quarter of 2000.

Solutia's results for the quarter versus the year ago period were positively impacted by the effects of significantly lower raw material costs and the implementation of its $100 million cost reduction program.  However, these benefits were more than offset by the effects of lower average selling prices and lower sales volumes associated with recession-like demand and aggressive competitor actions in many of Solutia's global markets.  In addition, unfavorable manufacturing volume variances from significantly reduced capacity utilization rates continue to adversely impact the company's profitability.

42.    On April 25, 2002, the Company issued a press release entitled "Solutia Reports First Quarter Earnings Per Share of 10 Cents, Excluding Net Charges and Gain."  The press release stated in part:

Solutia Inc. reported first quarter 2002 net income of $11 million, or 10 cents per share, on net sales of $654 million, excluding an aftertax gain of $3 million, or 3 cents per share, from the sale of its interest in the Advanced Elastomer Systems joint venture and an aftertax charge of $167 million, or $1.59 per share, associated with the adoption of the recently issued accounting standard on goodwill and intangible assets.  Net income for the first quarter of 2001 was $12 million, or 12 cents per share, on net sales of $747 million, excluding a $17 million aftertax gain, or 16 cents per share, from an insurance settlement and including a $7 million, or 7 cents per share, pro-forma reduction of amortization expense.  Including net charges and gains, Solutia reported a net loss for the first quarter of 2002 of $153 million, or $1.46 per share, compared to net income of $22 million, or 21 cents per share, for the first quarter of 2001.

43.     On June 13, 2002, the Company issued a press release entitled "Solutia Announces Improved Second Quarter Earnings Outlook."  The press release stated in part:

Solutia Inc. announced today that earnings for the second quarter are now expected to be around 20 cents per share, approximately 10 cents per share higher than previous guidance, due to improving global business conditions.

Sequentially, sales volumes have shown steady improvement, as inventories remain low throughout the supply chain and consumer demand has strengthened in many of Solutia's businesses.  Additionally, the cost savings from Solutia's $100 million cost reduction initiative and a strengthening euro are having a positive impact on Solutia's bottom line.  This improved earnings outlook includes an approximately 5 cents per share loss due to a power outage from a lightning strike at the Chocolate Bayou facility in April, as well as higher than expected energy and raw material costs.

44.     On July 2, 2002, the Company issued a press release entitled "Solutia Inc. Announces Pricing of Senior Secured Notes and Warrant Units."  The press release stated in part:

As part of its previously announced refinancing plan, Solutia Inc. announced today that it expects to issue through a private placement, 223,000 units consisting of $223 million of senior secured notes due 2009 and warrants to purchase its common stock.  The notes were priced at 89.992% of the principal amount and will generate gross cash proceeds of approximately $200 million with a coupon on 11.25% and a yield to maturity of 13.5%.  Holders of the notes will also receive warrants for the purchase of 5,533,503 shares of Solutia common stock at a strike price of $7.59 per share, representing a 10% premium over yesterday's close.  Solutia intends to use the net proceeds of the offering to repay its $150 million 6.5% notes due October 15, 2002 and to repay a portion of its outstanding bank debt.  The offering is expected to close on Tuesday, July 9, 2002 and is subject to customary closing conditions.

The notes will be issued by SOI Funding Corp., a special purpose entity that will place the proceeds into escrow pending the assumption of the notes by the Company in conjunction with the successful extension of its revolving credit facility currently scheduled to expire on August 13, 2002.

Solutia Inc. makes this statement to be consistent with the Securities and Exchange Commission's "fair disclosure" guidelines.

45.     On July 25, 2002, the Company issued a press release entitled "Solutia Reports Second Quarter Earnings Per Share of 22 Cents."  The press release stated in part:

Solutia, Inc. today reported sales and earnings for the second quarter of 2002.

"We continue to be encouraged by the recovery in the manufacturing sector which is evident in our improving performance across all of our business segments. As expected, our aggressive cost reduction program continues to deliver sizeable benefits to the bottom line in 2002.  In spite of the challenging economic environment over the past 24 months, concentration on our portfolio strategy has allowed us to reduce our costs to operate, pay down our debt level, while simultaneously developing and launching new product offerings in our growth segments," said Chairman and Chief Executive Officer John C. Hunter.

"The extension of our credit facility will give us the financial flexibility needed to continue to manage our businesses for a healthy return to our investors. Today's economic environment made this refinancing process extraordinarily challenging, but it was the strength of our products and services and our people that helped us reach this milestone in the refinancing process," Hunter stated.

46.     On or about October 10, 2002, Solutia announced that Flexsys was being investigated by the DOJ and European Union authorities for price fixing and other collusive dealings in the U.S. and European rubber chemicals industry.  The DOJ investigation is based in San Francisco, California.  Grand Jury subpoenas have been issued in connection with the DOJ investigation.  The European Commission antitrust regulators announced that the purpose of inspections was to investigate a cartel agreement and related illegal practices concerning price fixing of rubber chemicals.

### SOLUTIA'S FALSE FINANCIAL REPORTING DURING THE CLASS PERIOD

47.     In order to inflate the price of Solutia's stock and make its refinancing of debt and acquisition possible, defendants caused the Company to falsely report its results during fiscal 1998-2002 through its illegal and collusive dealings with other companies in violation of U.S. law.

48.     The fiscal 1998-2002 results were included in Form 10-Qs/10-Ks filed with the SEC. The results were also included in press releases.

49.     Solutia improperly accounted for inflated earnings associated with its rubber chemical sales in the 1998-2002 financial statements, such that its 1998-2002 financial statements were not a fair presentation of Solutia's results and were presented in violation of Generally Accepted Accounting Principles ("GAAP") and SEC rules.

1    50.    GAAP are those principles recognized by the accounting profession as the

2    conventions, rules and procedures necessary to define accepted accounting practice at a particular

3    time.  SEC Regulation S-X (17 C.F.R. §210.4-01(a)(1)) states that financial statements filed with

4    the SEC which are not prepared in compliance with GAAP are presumed to be misleading and

5    inaccurate, despite footnote or other disclosure.  Regulation S-X requires that interim financial

6    statements must also comply with GAAP, with the exception that interim financial statements need

7    not include disclosure which would be duplicative of disclosures accompanying annual financial

8    statements.  17 C.F.R. §210.10-01(a).

9    51.    During the Class Period, Solutia inflated its earnings by engaging in the price fixing

10   scheme causing its earnings and assets to be artificially inflated.

11   52.    Due to these accounting improprieties, the Company presented its financial results

12   and statements in a manner which violated GAAP, including the following fundamental accounting

13   principles:

14   (a)    The principle that interim financial reporting should be based upon the same

15   accounting principles and practices used to prepare annual financial statements was violated (APB

16   No. 28, ¶10);

17   (b)    The principle that financial reporting should provide information that is useful

18   to present and potential investors and creditors and other users in making rational investment, credit

19   and similar decisions was violated (FASB Statement of Concepts No. 1, ¶34);

20   (c)    The principle that financial reporting should provide information about the

21   economic resources of an enterprise, the claims to those resources, and effects of transactions, events

22   and circumstances that change resources and claims to those resources was violated (FASB

23   Statement of Concepts No. 1, ¶40);

24   (d)    The principle that financial reporting should provide information about how

25   management of an enterprise has discharged its stewardship responsibility to owners (stockholders)

26   for the use of enterprise resources entrusted to it was violated.  To the extent that management offers

27   securities of the enterprise to the public, it voluntarily accepts wider responsibilities for

28

accountability to prospective investors and to the public in general (FASB Statement of Concepts No. 1, ¶50);

(e)     The principle that financial reporting should provide information about an enterprise's financial performance during a period was violated.  Investors and creditors often use information about the past to help in assessing the prospects of an enterprise.  Thus, although investment and credit decisions reflect investors' expectations about future enterprise performance, those expectations are commonly based at least partly on evaluations of past enterprise performance (FASB Statement of Concepts No. 1, ¶42);

(f)     The principle that financial reporting should be reliable in that it represents what it purports to represent was violated.  That information should be reliable as well as relevant is a notion that is central to accounting (FASB Statement of Concepts No. 2, ¶¶58-59);

(g)     The principle of completeness, which means that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions was violated (FASB Statement of Concepts No. 2, ¶79); and

(h)     The principle that conservatism be used as a prudent reaction to uncertainty to try to ensure that uncertainties and risks inherent in business situations are adequately considered was violated.  The best way to avoid injury to investors is to try to ensure that what is reported represents what it purports to represent (FASB Statement of Concepts No. 2, ¶¶95, 97).

53.     Further, the undisclosed adverse information concealed by defendants during the Class Period is the type of information which, because of SEC regulations, regulations of the national stock exchanges and customary business practice, is expected by investors and securities analysts to be disclosed and is known by corporate officials and their legal and financial advisors to be the type of information which is expected to be and must be disclosed.

**FIRST CLAIM FOR RELIEF**

**For Violation of §10(b) of the Exchange Act
and Rule 10b-5 Against All Defendants**

54.     Plaintiff incorporates ¶¶1-53 by reference.

55.     During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

56.     Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)     Employed devices, schemes, and artifices to defraud;

(b)     Made untrue statements of material facts or omitted to state material facts necessary in order to make statements made, in light of the circumstances under which they were made not misleading; or

(c)     Engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Solutia publicly traded securities during the Class Period.

57.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Solutia publicly traded securities.  Plaintiff and the Class would not have purchased Solutia publicly traded securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

58.     As a direct and proximate result of these defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of Solutia publicly traded securities during the Class Period.

**SECOND CLAIM FOR RELIEF**

**For Violation of §20(a) of the Exchange Act
Against All Defendants**

59.     Plaintiff incorporates ¶¶1-58 by reference.

60.     The executive officers of Solutia prepared, or were responsible for preparing, the Company's press releases and SEC filings.  The Individual Defendants controlled other employees of Solutia.  Solutia controlled the Individual Defendants and each of its officers, executives and all

1  of its employees.  By reason of such conduct, defendants are liable pursuant to §20(a) of the

2  Exchange Act.

3                    **CLASS ACTION ALLEGATIONS**

4         61.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules

5  of Civil Procedure on behalf of all persons who purchased Solutia publicly traded securities during

6  the Class Period (the "Class").  Excluded from the Class are defendants, directors and officers of

7  Solutia and their families and affiliates.

8         62.    The members of the Class are so numerous that joinder of all members is

9  impracticable.  The disposition of their claims in a class action will provide substantial benefits to

10 the parties and the Court.  During the Class Period, Solutia had more than 104 million shares of stock

11 outstanding, owned by thousands of persons.

12        63.    There is a well-defined community of interest in the questions of law and fact

13 involved in this case.  Questions of law and fact common to the members of the Class which

14 predominate over questions which may affect individual Class members include:

15               (a)    Whether the Exchange Act was violated by defendants;

16               (b)    Whether defendants omitted and/or misrepresented material facts;

17               (c)    Whether defendants' statements omitted material facts necessary to make the

18 statements made, in light of the circumstances under which they were made, not misleading; and

19               (d)    Whether defendants knew or recklessly disregarded that their statements were

20 false and misleading.

21                              **PRAYER**

22        WHEREFORE, plaintiff prays for judgment as follows: declaring this action to be a proper

23 class action; awarding damages, including interest; and such equitable/injunctive or other relief as

24 the Court may deem proper.

25

26

27

28

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS                    - 18 -

1

**JURY DEMAND**

2

     Plaintiff demands a trial by jury.

3

DATED:  July 30, 2003            MILBERG WEISS BERSHAD

4
                                 HYNES & LERACH LLP
                            PATRICK J. COUGHLIN

5

6

7

                                  PATRICK J. COUGHLIN

8

                100 Pine Street, Suite 2600
                San Francisco, CA  94111
                Telephone:  415/288-4545

9
                415/288-4534 (fax)

10

                MILBERG WEISS BERSHAD

11
                   HYNES & LERACH LLP
                WILLIAM S. LERACH

12
                DARREN J. ROBBINS
                401 B Street, Suite 1700

13
                San Diego, CA  92101
                Telephone:  619/231-1058

14
                619/231-7423 (fax)

15

                FARUQI & FARUQI, LLP
                NADEEM FARUQI

16
                320 East 39th Street
                New York, NY  10016

17
                Telephone:  212/983-9330
                212/983-9331 (fax)

18
                Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2

3

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

named parties, there is no such interest to report.

4

5

6

_____

ATTORNEY OF RECORD FOR
PLAINTIFF RICHARD BRAZIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28