**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10                                      Master File No. C-03-3554 SBA
11                                      **JUDGMENT**
12   IN RE SOLUTIA, INC.
13
14
15   This Document Relates To:
     ALL ACTIONS.
16   _____/
17
18          Pursuant to the Court's March 24, 2005 Order Granting Individual Defendants' Motion for Entry
19   of Final Judgment Pursuant to Fed. R. Civ. P. 54(b), IT IS HEREBY ORDERED THAT Final Judgment is
20   entered as to Individual Defendants Robert A. Clausen, Roger S. Hoard, John C. Hunter, Robert G.
21   Potter, and James M. Sullivan.
22          IT IS SO ORDERED.
23                                       /s/ Saundra Brown Armstrong
24   Dated:  5-2-05                       SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
25
26
27
28