1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  KIMBERLY C. EPSTEIN (169012)
   LESLEY E. WEAVER (191305)
3  BING Z. RYAN (228641)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
     -and-
6  WILLIAM S. LERACH (68581)
   401 B Street, Suite 1600
7  San Diego, CA  92101
   Telephone: 619/231-1058
8  619/231-7423 (Fax)

9  Lead Counsel for Plaintiff and the Class

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

15 | In re SOLUTIA INC. SECURITIES | Master File No. C-03-03554 SBA
   | LITIGATION                   |
16 |                              | **CLASS ACTION**
17 |                              | **STIPULATION**
18 | This Document Relates to:    |
19 | ALL ACTIONS                  |
20 |                              |

1      WHEREAS, on May 2, 2005, the district court entered judgment in favor of the individual
2 defendants, John C. Hunter, Robert A. Clausen, Robert G. Potter, Roger S. Hoard and James M.
3 Sullivan ("the Individual Defendants") in the action *In re Solutia, Inc. Sec. Litig.*, Master File No. C-
4 03-03554-SBA;

5      WHEREAS, the deadline for plaintiffs to file a Notice of Appeal is June 1, 2005;

6      NOW, THEREFORE, the parties and their respective counsel hereby STIPULATE and
7 AGREE as follows:

8      1.     Plaintiffs shall forego any further action, review, notice of appeal, and/or appeal in
9 connection with claims against the Individual Defendants in *In re Solutia, Inc. Sec. Litig.*, Master File
10 No. C-03-03554-SBA.

11     2.     Plaintiffs, on the one hand, and the Individual Defendants, on the other hand, release
12 from liability and waive any claim against each other, including their counsel, for any action arising
13 out of, or in any way relating to or in connection with the initiation, prosecution, assertion, dismissal
14 or resolution of this action, including, but not limited to: malicious prosecution, abuse of process or
15 violation of Fed. R. Civ. P. Rule 11.

16     3.     Each party shall bear its own fees and costs in connection with this action against the
17 Individual Defendants.

18     4.     No consideration or inducements have been given to Plaintiffs or the Individual
19 Defendants or their respective counsel in connection with this Stipulation other than as set forth in
20 this Stipulation.

21     IT IS SO STIPULATED.

22 Dated: May 25, 2005            LERACH COUGHLIN STOIA GELLER
23                                      RUDMAN & ROBBINS LLP
                                        KIMBERLY C. EPSTEIN
24                                      LESLEY E. WEAVER
                                     BING Z. RYAN

27                                     By: /s/ Lesley E. Weaver
                                            LESLEY E. WEAVER

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA 94111 |
| 2 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 3 | |
| | LERACH COUGHLIN STOIA GELLER |
| 4 | RUDMAN & ROBBINS LLP |
| | WILLIAM S. LERACH |
| 5 | 401 B Street, Suite 1600 |
| | San Diego, CA 92101 |
| 6 | Telephone: 619/231-1058 |
| | 619/231-7423 (Fax) |
| 7 | |
| | Lead Counsel for Plaintiff and the Class |
| 8 | |

Dated: May 24, 2005

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
MORRISON & FOERSTER LLP

By: /s/ Paul T. Friedman
       PAUL T. FRIEDMAN

Attorneys for Individual Defendants

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on May 31, 2005, declarant served the **STIPULATION** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of May, 2005, at San Francisco, California.

*Carolyn Burr*
CAROLYN BURR

SOLUTIA (LEAD)
Service List - 5/31/2005  (03-0250)
Page 1 of 1

**Counsel For Defendant(s)**

William D. Iverson
Bruce A. Baird
Vijay Shanker
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20044
　202/662-6000
　202/662-6291 (Fax)

John G. White
Covington & Burling
One Front Street
San Francisco, CA  94111
　415/591-6000
　415/591-6091 (Fax)

Jay L. Pomerantz
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025
　650/328-4600
　650/463-2600 (Fax)

Paul T. Friedman
Annemarie C. O'Shea
Ameri R. Giannotti
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
　415/268-7000
　415/268-7522 (Fax)

**Counsel For Plaintiff(s)**

Kimberly C. Epstein
Lesley E. Weaver
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
　415/288-4545
　415/288-4534 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
　619/231-1058
　619/231-7423 (Fax)